# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 10-329** |
| **MONTERIO WIGGINS** | **SECTION I** |

## ORDER AND REASONS

Considering the unopposed motion[1] and incorporated memorandum to continue trial,

**IT IS ORDERED** that the motion is **GRANTED**. The trial in *United States v. Monterio Wiggins*, Criminal Docket Number 10-329 "I" (5), presently scheduled for Monday, January 28, 2013, at 8:30 a.m. is **CONTINUED** until **Monday, February 4, 2013, at 8:30 a.m.**

In granting the motion for continuance, this Court makes the following findings:

**THE COURT SPECIFICALLY FINDS** that granting this continuance will allow the parties to conclude their negotiations and possibly resolve this matter without the need for a trial. In the event that the parties fail in their efforts to reach a negotiated resolution, these discussions will have the benefit of permitting the parties to streamline the trial in this matter. Four co-defendants entered guilty plea in the past twent-four (24) hours. Other co-defendants have also pled guilty to various charges. As part of their plea agreements, they must fully cooperate with the government. The government needs additional time to adequately debrief these individuals and prepare them to testify at trial. The defense needs additional time to prepare for the cooperating witnesses.

The ends of justice served by granting the continuance of the trial outweigh the best interest of the public and of the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

---

[1] R. Doc. No. 388.

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, section 3161, *et seq.*

New Orleans, Louisiana, January 25, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE